# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
JUL 22 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Trumel Douglas Freeman

*Plaintiff/Petitioner(s)*

v.

Madison County Jail

*Defendant/Respondent(s)*

Case Number: 14-831-JPG
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

6172 Laura Ave. St. Louis MO. 63136
ID# 42718
405 Randle St.
Edwardsville IL. 62025

**Defendant #1:**

B. Defendant __Madison County Jail__ is employed as
    (a)   (Name of First Defendant)

    _____
    (b)   (Position/Title)

with _____
    (c)   (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If your answer is YES, briefly explain:

(Rev. 7/2010)                           1

**Defendant #2:**

C.  Defendant _____is employed as

(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ❐ Yes   ❐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

(Rev. 7/2010)                                    2

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

    1. Parties to previous lawsuits:
       Plaintiff(s):


       Defendant(s):


    2. Court (if federal court, name of the district; if state court, name of the county):

    3. Docket number:

    4. Name of Judge to whom case was assigned:

    5. Type of case (for example: Was it a habeas corpus or civil rights action?):

    6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):


    7. Approximate date of filing lawsuit:

    8. Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.

    There is no grivance package in this institution.

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

    F.    If your answer is YES,
        1.    What steps did you take?

    I was told that their short staffed

        2.    What was the result?

    None

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

    This institution does not provide copies of anything. This institution does not provide grievance forms of any fashion.

(Rev. 7/2010)          4

IV. **STATEMENT OF CLAIM**

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On July 3rd of 2014 around [illegible] pm, [illegible] ... whom was my celimate at the time had swept and mopped our cell while I was in the shower. I finished showering and headed back to my cell, unaware that the floor in my cell was wet. As I went to enter my cell I slipped and fell. I bust my head and was knocked out unconscious. I was rushed to Anderson Hospital in Maryville, IL. where I recieved five staples in the top right side of my head and suffered an concussion. In result of hitting my head against the steel bars I suffered the above injuries.

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like compensation and or fine reduction.

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7-20-2014
(date)

6172 Laura Ave
Street Address

ST. Louis  Mo.  63136
City, State, Zip

*Trumel Freeman*
Signature of Plaintiff

Trumel Freeman
Printed Name

42718
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                                  6